

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00275-CV

Adriana P. **PEREZ**,
Appellant

v.

**WEBB COUNTY**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011CVT000305 D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED, and the cause is REMANDED to the trial court for further proceedings.

It is ORDERED that appellant, Adriana P. Perez, recover her costs of this appeal from appellee, Webb County.

SIGNED June 3, 2015.

_____
Luz Elena D. Chapa, Justice